ORDERED.

Dated: April 27, 2017



Arthur B. Briskman
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

IN RE:  Case No.:6:15-bk-00251-ABB
MAXINE LUNN,  Chapter 13

_____Debtor._____/

**ORDER GRANTING
MOTION FOR RELIEF FROM STAY FILED BY
DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC**

This case came before the Court, on April 26, 2017, upon the Motion for Relief from Stay Filed by Ditech Financial LLC f/k/a Green Tree Servicing LLC [D.E. 46], hereinafter referred to as "Movant". For the reasons stated orally on the record in open court, it is:

ORDERED:

1. The Motion is GRANTED.

2. The automatic stay imposed by 11 U.S.C. §362 is lifted as to Movant, and it may proceed with the enforcement of its security interest upon the following property:

**REAL PROPERTY AT 1027 GARDEN CIR, DELAND, FL 32720, AND MORE ACCURATELY DESCRIBED BY ITS LEGAL DESCRIPTION WHICH IS:**

Lot 18, Spring Garden Heights, Replat of Second Addition, a subdivision according to map in Map Book 27, Page 122, Public Records of Volusia County, Florida.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing movant complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that movant shall not obtain *in personam* relief against the debtor.

4. The fourteen (14) day stay period as provided by Rule 4001(a)(3) shall not be waived or reduced.

5. That Movant be awarded reasonable attorney's fees, in the amount of $526.00, for prosecuting this motion.

**Evan Singer, Attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**


This order prepared by:
Evan S. Singer
Timothy D. Padgett, P.A.
ess@padgettlaw.net