ORDERED.

Dated: May 02, 2017



Arthur B. Briskman
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:                                                    Case No.:6:15-bk-00251-ABB

MAXINE LUNN,                                              Chapter 13

_____Debtor._____/

## ORDER GRANTING MOTION FOR RELIEF FROM CO-DEBTOR AUTOMATIC STAY
### (NON-FILING CO-DEBTOR KEITH LUNN)

This case came before the Court, on April 26, 2017, upon the Motion for Relief from Co-Debtor Automatic Stay [D.E. 47], filed by Creditor Ditech Financial LLC F/K/A Green Tree Servicing LLC, hereinafter referred to as "Movant". For the reasons stated orally on the record in open court, it is:

ORDERED:

1. The Motion for Relief from the Automatic Stay is GRANTED, as to the Co-Debtor, Keith Lunn.

2. The automatic stay imposed by 11 U.S.C. §1301 is lifted as to Movant, and it may proceed with foreclosure of its security interest upon the following property:

**REAL PROPERTY LOCATED AT 1027 GARDEN CIR, DELAND, FL 32720 AND MORE ACCURATELY DESCRIBED BY ITS LEGAL DESCRIPTION WHICH IS:**

Lot 18, Spring Garden Heights, Replat of Second Addition, a subdivision according to map in Map Book 27, Page 122, Public Records of Volusia County, Florida.

3. The Movant made sufficient allegations and a request in the Motion for Co-Debtor Relief from Stay to waive the 14 day stay requirement of Bankruptcy Rule 4001(a)(3). No objection being raised, the automatic stay shall be lifted immediately upon execution of this order.

4. The relief granted here permits the creditor to obtain an in rem judgment against the property only and does not permit the creditor to seek an in personam judgment against the Debtor.

####

**Attorney Evan S. Singer is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**

Order prepared by:
Evan S. Singer, Esq.
Timothy D. Padgett, P.A.
ess@padgettlaw.net